IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

ANDREA HOLLOWAY,

        Plaintiff,

   v.

CAROLYN W. COLVIN,

        Defendant.

No. 6:12-cv-109-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Here, no objections have been filed, so this court is not required to review the record *de novo*. See Shiny Rock Mining Corp v. United States, 825 F.2d 216, 218 (9th Cir. 1987). This court reviews legal principles *de novo*.

    I agree with the Report and Recommendation that the

1 - ORDER

Commissioner's decision is supported by substantial evidence in the record. Accordingly, I ADOPT the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#19) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 29 day of July, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE